**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

800 DC, LLC, d/b/a BIZZER and 1-800
DRYCLEAN,

       Plaintiff,

                                  Case No. 13-14273

v.

DRY CLEANING DELIVERY SERVICES INC., et
al.

       Defendants.

_____/

**ORDER SUSPENDING DEADLINES AND MOTION PRACTICE**
**AND SETTING TELEPHONE CONFERENCE**

       On November 26, 2013, the court conducted a telephonic status conference with counsel for Plaintiff and Defendants.  The court encourages counsel to confer with their clients and, if appropriate, to pursue settlement discussions in anticipation of the next status conference.  Accordingly,

       IT IS ORDERED that counsel are DIRECTED to appear for a conference, by telephone, on **December 10, 2013, at 11:00 a.m.**  The court will initiate the call.

       IT IS FURTHER ORDERED that all deadlines and motion practice are SUSPENDED pending the next status conference.

                     s/Robert H. Cleland_____
                     ROBERT H. CLELAND
                     UNITED STATES DISTRICT JUDGE

Dated:  November 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 27, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\13-14273.800DC.SuspendDeadlinesSetConference.rljr.wpd