**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

800 DC, LLC, d/b/a BIZZER and 1-800
DRYCLEAN,

      Plaintiff,

                                  Case No. 13-14273

v.

DRY CLEANING DELIVERY SERVICES INC.,
 et al.

      Defendants.
                                                /

**ORDER DIRECTING PARTIES TO APPEAR AT A SETTLEMENT CONFERENCE
AND SUSPENDING DEADLINES AND MOTION PRACTICE**

On December 10, 2013, the court conducted the second of two telephonic status conferences with counsel for Plaintiff and Defendants. Counsel informed the court that the parties had engaged in preliminary discussions, mainly through counsel, aimed at an agreeable resolution to the litigation. The court is aware that the parties had a business relationship before the events that gave rise to the instant litigation.

Based upon the status report of both counsel, the court finds that facilitation efforts made in good faith may prove fruitful to resolve, or narrow, at least some of the issues in this matter. The court will therefore exercise its authority pursuant to Federal Rule of Civil Procedure 16(a)(5) and 16(c)(2), and order that counsel, accompanied by one or more decision-making party representatives, appear for a pretrial conference to facilitate possible settlement.

By separate order, the court will refer the case to United States Magistrate Judge Michael J. Hluchaniuk to conduct a settlement conference. Accordingly,

IT IS ORDERED that one or more decision-making parties and their counsel are DIRECTED to appear for a settlement conference before Magistrate Judge Michael J. Hluchaniuk on **January 17, 2014 at 10:00 a.m.**

IT IS FURTHER ORDERED that all deadlines and motion practice are SUSPENDED pending the settlement conference.

IT IS FINALLY ORDERED that a telephone status conference with counsel only will be conducted by the court on **January 23, 2014 at 10:30 am**.  The court will initiate the conference call.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 17, 2013, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522