UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

800 DC, LLC, d/b/a BIZZER and 1-800 DRYCLEAN,

    Plaintiff,

v.

                                Case No. 13-14273

DRY CLEANING DELIVERY SERVICES INC., et al.

    Defendants.
                                                /

**ORDER SUSPENDING DEADLINES AND MOTION PRACTICE
AND SETTING TELEPHONE CONFERENCE**

On January 31, 2014, the court conducted a telephonic status conference with counsel for Plaintiff and Defendants. Counsel informed the court that at the January 17, 2014 settlement conference before Magistrate Judge Michael J. Hluchaniuk the parties made progress toward, but did not reach, a settlement. Pending the settlement conference the court had suspended all deadlines and motion practice. The parties' February 5, 2014 memorandum of understanding states: "counsel for the parties have agreed, subject to the court's approval, to extend for another 28 days the suspension of all deadlines and motion practice." (Pg. ID # 444.) Consistent with the parties' representation, the court anticipates that a brief delay in proceedings will be used to diligently continue settlement negotiations. The court will conduct a telephone conference on February 28, 2014 to determine the status of their efforts. Accordingly,

IT IS ORDERED that counsel are DIRECTED to appear for a conference, by telephone, on **February 28, 2014, at 10:00 a.m.**

IT IS FURTHER ORDERED that all deadlines and motion practice are SUSPENDED until February 28, 2014.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: February 13, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 13, 2014, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\13-14273.800DC.SuspendDeadlinesSecond.rljr.wpd